IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| In Re:<br><br>Donald Vincent Bernardo,<br>               Debtor | Case No. B-08-80681 C-7D |

TRUSTEE'S OBJECTION TO
DEBTOR'S EXEMPTIONS

NOW COMES Sara A. Conti, Trustee in Bankruptcy for the Debtor, pursuant to §522 of the Bankruptcy Code and Rule 4003 of the Federal Rules of Bankruptcy Procedure, and objects to the Debtor's exemptions as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on May 5, 2008. Sara A. Conti is the duly appointed Trustee in Bankruptcy for the Debtor's estate.

2. The Debtor's §341 meeting of creditors was held on May 30, 2008, and a Motion to Extend the Deadline for filing an objection to the Debtor's exemptions was filed before the deadline.

3. The Trustee has reviewed the Debtor's Form 91(c) claim of property exemptions, and is of the opinion that the Debtor has attempted to claim certain property as exempt that may not be claimed as exempt under the provisions of the Bankruptcy Code and Section 1C-1601 of the North Carolina General Statutes.

4. The Debtor has claimed as exempt his interest in entireties property that is subject to joint debt and that is available for payment of his joint debt. The Debtor has

also exempted real property in his individual name that is subject to a lien that was not disclosed on the exemptions.

5. The Trustee objects to the Debtor's claim for property exemptions and respectfully requests a hearing thereon.

WHERFORE, the Trustee respectfully prays that the Debtor's property exemptions be disallowed, as set forth above, and for such other and further relief as the Court deems just and proper.

This the 4th day of July, 2008.

              S/Sara A. Conti
            Sara A. Conti NCSB 9789
            Post Office Box 939
            Carrboro, North Carolina 27510
            919-3061713

CERTIFICATE OF SERVICE

  THIS IS TO CERTIFY that a copy of the foregoing was duly served upon the following by depositing same enclosed in a post paid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service:

    Michael D. West
    U. S. Bankruptcy Administrator
    Post Office Box 1828
    Greensboro, NC 27402

    Donald Vincent Bernardo
    1825 Midland Road
    Southern Pines, NC 28387

    Wayne Robbins, Esq.
    120 Applecross Road, Turnberry Wood
    Pinehurst, NC 28374

  This the 4th day of July, 2008.

               S/Sara A. Conti
               SaraA.Conti