**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

In Re:                   )

                        )     **Case No. B-08-80681 C-7D**

**Donald Vincent Bernardo,** )

        **Debtor.**      )

_____)

**DEBTOR'S OBJECTION**
**TO TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS**

The Debtor herein, hereby files objection to the "Trustee's Objection to Debtor's Exemptions" in that Debtor can clarify any objections raised by the Trustee.

This the 21st day of July, 2008.

                              **ROBBINS MAY & RICH LLP**

                     By: /s/ P. Wayne Robbins_____
                         P. Wayne Robbins
                         Attorney for Debtor
                         North Carolina State Bar No. 3712
                         120 Applecross Road
                         Pinehurst, North Carolina 28374
                         Telephone: 910/692-4900

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing DEBTOR'S OBJECTION TO TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS hereby certifies that a copy of the foregoing was served upon all interested parties by mailing a copy thereof by first class mail, postage prepaid, or as otherwise indicated, addressed as follows:

This the _____ day of July, 2008.

**ROBBINS MAY & RICH LLP**

By:  /s/ P. Wayne Robbins
     P. Wayne Robbins
     Attorney for Debtor
     North Carolina State Bar No. 3712
     120 Applecross Road
     Pinehurst, North Carolina 28374
     Telephone:  910/692-4900

Copy mailed to:

Michael D. West
U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Sara A. Conti
Trustee
Post Office Box 939
Carrboro, NC 27510

Donald Vincent Bernardo
1825 Midland Road
Southern Pines, NC 28387