IN THE UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:                              )
                                    )     Case No. B-08-80681 C-7D
Donald Vincent Bernardo,            )
            Debtor.                 )
_____ )

### DEBTOR'S OBJECTION
### TO PROOF OF CLAIM FILED BY LEON F. LOCKLEAR

The Debtor herein, hereby objects to the Proof of Claim filed on October 17, 2008 field by Leon F. Locklear and shows the Court that this is the subject of an Adversary Proceeding in File Number: 08-09021 to determine the Dischargeability of this debt.

This the 10th day of November, 2008.

                              **ROBBINS MAY & RICH LLP**

                              By: /s/ P. Wayne Robbins_____
                                  P. Wayne Robbins
                                  Attorney for Debtor
                                  North Carolina State Bar No. 3712
                                  120 Applecross Road
                                  Pinehurst, North Carolina 28374
                                  Telephone: 910/692-4900

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY LEON F. LOCKLEAR hereby certifies that a copy of the foregoing was served upon all interested parties by mailing a copy thereof by first class mail, postage prepaid, or as otherwise indicated, addressed as follows:

      This the _____ day of November, 2008.

                                     **ROBBINS MAY & RICH LLP**

                         By: /s/ P. Wayne Robbins
                            P. Wayne Robbins
                            Attorney for Debtor
                            North Carolina State Bar No. 3712
                            120 Applecross Road
                            Pinehurst, North Carolina 28374
                            Telephone: 910/692-4900

Copy mailed to:

Michael D. West
U.S. Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Sara A. Conti
Trustee
Post Office Box 939
Carrboro, NC 27510

Donald Vincent Bernardo
8703 Calumet Farms Drive
(Providence Downs)
Waxhaw, North Carolina 28173

Eliot A. Fus
**KILPATRICK STOCKTON LLP**
Attorney for Plaintiff
1001 West Fourth Street
Winston-Salem, North Carolina 27101-2400